377 A.2d 187

Commonwealth v. Spivey, Appellant.

Submitted March 21, 1977. Herman Winderman, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 187

Commonwealth v. Stone, Appellant.

Submitted March 21, 1977. Paul D. Sulman, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.